IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEONNE R. NEW-HOWARD : CIVIL ACTION
:
v. :
:
ERIK SHINSEKI, SECRETARY :
DEPARTMENT OF VETERANS AFFAIRS, :
*et al.* : NO. 09-5350

ORDER

AND NOW, this 2nd day of August 2010, upon consideration of the defendants' Motion for Partial Dismissal, and the response thereto, IT IS ORDERED:

That the Motion is GRANTED as follows:

1. That all claims against the United States Merit Systems Protection Board and its Chairman, Neil A.G. McPhie, are DISMISSED; and

2. That all claims relating to the period preceding the plaintiff's reinstatement to employment on August 15, 2005 are DISMISSED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.